UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Terrence D. Langaard,

Plaintiff,

vs.

ORDER

AmeriPride Services, Inc., a foreign corporation, Mark Thompson, individually, and John C. Niemi, individually,

Court File No. 00-1395 (RHK/JMM)

Defendants.

---

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED that the above-entitled action, together with all causes of action, claims and counterclaims which were or which might have been alleged therein, shall be dismissed with prejudice and on the merits, but without costs awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 12/26, 2000

The Honorable Richard H. Kyle

DEC 26 2000

DEC 26 2000

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Terrence D. Langaard,

Plaintiff,

vs.

AmeriPride Services, Inc., a foreign corporation, Mark Thompson, individually, and John C. Niemi, individually,

Defendants.

STIPULATION OF DISMISSAL WITH PREJUDICE

Court File No. 00-1395 (RHK/JMM)

---

WHEREAS, the parties hereto wish to settle all of their differences without further cost to any party;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Terrence D. Langaard and Defendants AmeriPride Services, Inc., Mark Thompson and John C. Niemi, that the above-entitled action, together with all causes of action, claims, and counterclaims which were or which might have been alleged therein, may be dismissed with prejudice and on the merits but without costs awarded to any party, and that the Court may enter an order in the form attached without further notice to any of the parties.

Dated: 12-19, 2000

WARNER LAW OFFICE, P.A.

By [signature]
Daniel E. Warner, #15295X
3445 Washington Drive, Suite 204
Eagan, Minnesota 55122
(651) 452-8224

ATTORNEY FOR PLAINTIFF

Dated: Dec. 14, 2000

JACKSON LEWIS SCHNITZLER & KRUPMAN

By [signature]

Susan L. Segal, #137457
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS